IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHARON KEMP,

    Plaintiff,                                               No.: 1:18-cv-00529 JAP-JHR

vs.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion of the Parties (Doc. 20) herein on the grounds that all controversy and disputes between the Plaintiff and Defendant have been resolved, the Court being fully advised in the premises, and further noting that all Parties to this action have consented to said dismissal, the Court FINDS that the Joint Motion to Dismiss is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint herein be and hereby is dismissed with prejudice, with each party bearing their own costs and attorney fees.

*/s/ James A. Parker*
SENIOR UNITED STATES DISTRICT JUDGE